# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0416
Lower Tribunal No. 2015-CA-641-K

_____

**Arthur Sager,**
Appellant/Cross-Appellee,

vs.

**Madalina Blanco, et al.,**
Appellees/Cross-Appellants.

An Appeal from the Circuit Court for Monroe County, James M. Barton, II, Senior Judge.

Robert C. Tilghman, P.A., and Robert C. Tilghman, for appellant/cross-appellee.

The Law Office of Warren B. Kwavnick, PLLC, and Warren B. Kwavnick (Pembroke Pines), for appellees/cross-appellants.

Before SCALES, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.